## STEPHEN DOWNING, SR., *versus* HUBERT LACROIX

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Writs and record filed *p. 642; (2) appearance, rule to declare, continued *p. 720. *Journal 3:* (3) Continued *p. 87; (4) default judgment *p. 232; (5) motion to set aside judgment *p. 399; (6) motion for rule to show cause against setting aside supersedeas *p. 487; (7) supersedeas set aside *p. 500; (8) motion to set aside judgment overruled *p. 502.

PAPERS IN FILE: (1) Writ of habeas corpus; (2) writ of certiorari; (3) transcript of J. P. record; (4) precipe for execution fi. fa.; (5) writ of fi. fa. and return; (6) bill of costs; (7) precipe for ca. sa.; (8) writ of ca. sa. and return; (9) affidavit for supersedeas, allowance; (10) writ of supersedeas; (11) motion for rule to show cause against setting aside supersedeas; (12) precipe for execution ca. sa.

*Office Docket*, MS p. 88, c. 28. (Case 31 of 1820) Recorded in *Book A*, MS pp. 218–22.